# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICHOLAS M. MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 10cv5242 |
| v. ) | |
| ) | Judge Coar |
| MICHAEL RAMIREZ and BILL BEAHAN ) | |
| d/b/a ULTIMATE ATM SERVICES, ) | |
| a/k/a ULTIMATE FINANCIAL SERVICES ) | |
| and DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Martin hereby dismisses his claim against Defendant Bill Beahan without prejudice, with each party to bear its own costs and fees.

                                                                        Respectfully Submitted,

                                                                        s/Catherine A. Ceko
                                                                        Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Catherine A. Ceko, hereby certify that on September 27, 2010, the foregoing document was filed electronically. A copy of the foregoing document was served via facsimile and U.S. Mail on the following party:

Richard Jaffe
Attorney for William R. Beahan
100 W. Monroe St., Suite 1400
Chicago, IL 60603

                                                  s/Catherine A. Ceko
                                                  Catherine A. Ceko