**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS M. MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 10cv5242 |
| v. ) | |
| ) | Judge Coar |
| MICHAEL RAMIREZ ) | |
| d/b/a ULTIMATE ATM SERVICES, ) | |
| a/k/a ULTIMATE FINANCIAL SERVICES ) | |
| and DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before December 15, 2010.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before February 14, 2011.

C. The cutoff of fact discovery is May 31, 2011.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before June 14, 2011.

.

E. The parties may depose the other side's expert at any time prior to July 12, 2011.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to August 1, 2011.

G. The parties shall have until August 31, 2011 to depose the opposing party's rebuttal expert.

**2.** **Motions**

Any dispositive motions to be filed on or before August 1, 2011.

**3.** **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before October 31, 2011.

The final pretrial conference will be held on _____ at _____

(this date and time will be set by the court at the Rule 16 conference.)

**4.** **Trial**

Trial is set in this matter on _____
at 10:00 a.m. (The trial date will be set by the
Court at the Rule 16 conference.)

**5.** **Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

s/ Catherine Ceko
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

s/ Brian Holman
Brian Holman
Holman & Stefanowicz
233 South Wacker Dr.
Suite 5620
Chicago, IL 60606
(312) 258-9700