AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Nicholas M. Martin ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-5242 |
| Michael Ramirez d/b/a Ultimate ATM Services, a/k/a ) | |
| Ultimate Financial Services, and Does 1-5 ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Northern District of Illinois ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Chicago ATM Systems, Inc.
20 Danadasq West, Suite 282, Wheaton, IL 60189

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
Copies of all contracts entered into with Michael Ramirez d/b/a Ultimate ATM Services a/k/a Ultimate Financial Services, Nilay Atm, Inc., Columbus Data Services, LLC, Metabank, or Swan Cleaners. All contracts and documents pertaining to the ATM located at 3406 North Sheffield Ave, Chicago, IL 60657.

| Place: Edelman, Combs, Latturner & Goodwin, LLC<br>120 S. LaSalle, 18th Floor, Chicago,<br>Chicago, IL 60603  312/739-4200 | Date and Time:<br><br>01/18/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/17/2010

CLERK OF COURT

_____  OR  *[signature]*
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Nicholas M. Martin
_____, who issues or requests this subpoena, are:

Catherine A. Ceko, Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle, 18th Floor
Chicago, IL 60603      312/739-4200        cceko@edcombs.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 10-5242

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| NICHOLAS M. MARTIN<br><br>PLAINTIFF(S)<br><br>vs.<br><br>MICHAEL RAMIREZ D/B/A ULTIMATE ATM SERVICES, ET AL.<br><br>DEFENDANT(S) | Case No.<br>**10cv5242**<br><br>SERVICE DOCUMENTS:<br>**NOTICE OF SUBPOENA; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; $40.00 WITNESS FEE CHECK** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 20, 2010**, at **3:30 PM**, I served the above described documents upon **CHICAGO ATM SYSTEMS, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **REYNOLD SENATORE / FOUNDER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **2112 STONEBRIDGE CT, WHEATON, IL 60187**

**DESCRIPTION:** Gender: **M** Race: **WHITE** Age: **59** Hgt: **5'9"** Wgt: **185** Hair: **GRAY** Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Robert D Fairbanks_

**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 505**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 21st day of December, 2010

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

NOTARY PUBLIC

CLIENT NAME:
Edelman, Combs, Latturner & Goodwin, LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
64325